JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| IN RE: STATE COURT SUBPOENAS OF FEDERAL NON-PARTIES<br><br>CHRISTIAN THORSEN NOERGAARD,<br><br>Petitioner,<br><br>v.<br><br>TAMMY NOERGAARD,<br><br>Respondent. | No. SACV 18-00661 JLS (AFMx)<br><br>ORDER DISMISSING ACTION |

Having reviewed and considered the stipulation of real parties in interest United States of America, Mike Pompeo, in his Official Capacity as Secretary of the U.S. Department of State, and Robert Weiss, as Custodian of Records of the U.S. Department of State (collectively, "real parties in interest"), and subpoenaing party Tammy Noergaard ("subpoenaing party"), IT IS HEREBY ORDERED THAT:

1. Subpoenaing party's motion to remand the action to state court (Dkt. 10), motion to set mandatory settlement conference (Dkt. 26), and motion to consolidate (Dkt. 40), which are set to be heard on October 26, 2018, are withdrawn as moot.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the action is dismissed in its entirety, and each party shall bear his, her, or its own attorney's fees, costs, and expenses.

Dated: September 19, 2018

HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE